

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-18-00212-CV

ESTATE OF GLENDA RHOADES,
DECEASED

----------

FROM COUNTY COURT AT LAW NO. 2 OF PARKER COUNTY
TRIAL COURT NO. CIV-13-0909

----------

## MEMORANDUM OPINION[1]

----------

On July 2, 2018, we notified appellant's attorney of our concern that we lack jurisdiction over this appeal because the notice of appeal was not timely filed. The trial court's judgment was signed on February 26, 2018, and a motion for new trial was filed on March 28, 2018. Therefore, the notice of appeal was due by May 29, 2018, but was not filed until June 25, 2018. *See* Tex. R. App. P. 26.1(a). We also stated that we would dismiss this appeal unless appellant or any party desiring to continue the appeal filed a response by July 12, 2018,

---

[1]*See* Tex. R. App. P. 47.4.

showing grounds for continuing the appeal.  We have not received a response.

Accordingly, we dismiss this appeal for want of jurisdiction.  *See* Tex. R. App. P.

42.3(a), 43.2(f).

PER CURIAM

PANEL:  MEIER, GABRIEL, and KERR, JJ.

DELIVERED:  August 9, 2018